IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00467-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENISE RENEE LUCERO-TRUJILLO,
    a.k.a. DENISE RENEE LUCERO,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

This matter is before the court on the government's Motion to Disclose Matters Occurring Before Grand Jury [Docket No. 3].  Upon consideration of the motion, it is ORDERED as follows:

    1.  Pursuant to D.C.COLO.LCrimR 6(e)(3)(E)(i), the government may disclose the following grand jury materials to defense counsel:  (1) The transcript of the testimony of the witness who testified before the grand jury and provided the evidence that resulted in the Indictment in this case and (2) the exhibit that was used during that testimony.

    2.  To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of his criminal case.  Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery.  Defense counsel shall also deliver a copy of this order with the materials.  No person other than defense counsel shall make any

copy of these materials for any purpose whatsoever.  Within ten days of the conclusion of the case in this court, by entry of the court's judgment, counsel shall collect all such copies and return them to the government.

     3.  Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

     DATED November 10, 2009.

                                           BY THE COURT:

                                           s/Philip A. Brimmer
                                           PHILIP A. BRIMMER
                                           United States District Judge