IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00467-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DENISE RENEE LUCERO-TRUJILLO,
  a.k.a. DENISE RENEE LUCERO,

 Defendant.
_____

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING
_____

**Entered by Judge Philip A. Brimmer**

  A Notice of Disposition was filed on January 7, 2010 [Docket No. 11].  A Change of Plea hearing is set for **January 29, 2010 at 11:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

  The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  It is further

  ORDERED that the Trial Preparation Conference previously scheduled for **January 29, 2010 at 11:00 a.m.** is VACATED.

  DATED January 7, 2010.