IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00467-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENISE RENEE LUCERO-TRUJILLO,
   a.k.a. DENISE RENEE LUCERO,

    Defendant.

---

## ORDER

---

The Court having considered the Government's Motion to Dismiss, hereby orders that Counts 1 through 65 and 67 through 101 of the Indictment in this case are dismissed.

Dated at Denver, Colorado, this 23rd day of April 2010.

                              BY THE COURT:

                              Philip A. Brimmer
                              United States District Judge